IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERNARD TOKARZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, SHANNON K. MANIGAULT, and CITY OF ATLANTA OFFICE OF INSPECTOR GENERAL,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:25-CV-0566-SCJ |

**O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 11th day of February, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE