

**CITY OF ATLANTA**
**OFFICE OF THE INSPECTOR GENERAL**
SHANNON K. MANIGAULT
INSPECTOR GENERAL

185 TED TURNER DRIVE SW, SUITE 6200                                    INSPECTORGENERAL@ATLANTAGA.GOV
ATLANTA, GA 30303                                                      ATLOIG.ORG • 404.546.2270

October 2, 2024

David Emadi
Executive Secretary
Georgia Government Transparency & Campaign Finance Commission
200 Piedmont Avenue SE
Suite 1416 – West Tower
Atlanta, GA 30334

Dear Secretary Emadi:

The Compliance Division of the City of Atlanta Office of the Inspector General (OIG) recently concluded an investigation that involved Bernard "Bernie" Tokarz, a Georgia lobbyist who manages an Atlanta City Council member's campaign committee. In the course of the investigation, OIG identified potential undisclosed third-party payments made to support City Councilmember Michael Julian Bond's campaign committee, the Committee to Re-Elect Michael Julian Bond (Bond's Campaign Committee) that may have violated Georgia Rules and Regulation Rule 189.3-04(2)(a). In addition, OIG separately identified irregular expenditures made by Atlanta City Council Member Andrea Boone's campaign committee, the Committee to Elect Andrea L. Boone (Boone's Campaign Committee). OIG refers the below findings to the Georgia Government Transparency & Campaign Finance Commission (CFC) for whatever action it deems appropriate.

Background

    a.   Tokarz

Tokarz is a registered lobbyist with the State of Georgia. According to information obtained from the Georgia Secretary of State website, Bond's Campaign Committee's corporate address is 50 Sunset Avenue NW, Atlanta, GA 30314. Bond's Campaign Committee was incorporated on June 16, 2017, with Tokarz listed as the incorporator. In addition to the incorporator, Tokarz is listed as the chief financial officer, secretary, and registered agent for Bond's Campaign Committee. On documents found on the City of Atlanta's (COA) campaign disclosure filing system, Tokarz is identified as the chairperson and treasurer for Bond's Campaign Committee.

OIG reviewed files from CFC and the City of Atlanta's Easy Campaign Finance Portal (the COA Campaign Portal). OIG could not find registration forms for Bond's campaign committee on either the CFC website or the COA Campaign Portal.[1]

Tokarz is also listed on the Georgia Secretary of State website as the organizer for Howell Mill Communications, LLC (Howell Mill). In an interview with OIG, Tokarz informed OIG that the Bond's Campaign Committee is structured so that he is the "only one that can write checks" and told OIG that he is the only signatory on the Bond's Campaign Committee account. During the same interview, Tokarz confirmed that Howell Mill is his company.

On Bond's Campaign Committee Campaign Contribution Disclosure Reports (CCDR), Bond's Campaign Committee reports expenditures with Tokarz, and Howell Mill. From April 2021 through November 2021, Bond's Campaign Committee reported at least $65,848.45 in expenditures paid to Howell Mill for campaign consulting, campaign signs, and "direct mail," as well as three reported expenditure payments made by the Bond's Campaign committee to Tokarz directly, for a total of $8,400.

As part of its investigation, OIG reviewed financial information from Howell Mill and found four additional payments (not reported on the CCDR forms) from April 2021 through September 2021, totaling $17,385.80, made by Bond's Campaign Committee to Howell Mill for campaign consulting. OIG also found at least five payments, totaling $57,296.81, made by Howell Mill from April 2021 through December 2022 to consulting firms for what appears to have been consulting work on Bond's re-election campaign.[2]

---

[1] On March 10, 2023, OIG contacted CFC for information on Bond's Campaign Committee's registration paperwork. CFC informed OIG that there was no registration information for Bond's Campaign Committee on file. CFC told OIG that registration papers must be filed with CFC. CFC said that there would not be a paper version of the registration as CFC requires all registrations to be electronically filed.

[2] The memo sections on the payments reference consulting for "Bond" or "MJB."

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**1321**

Howell Mill Communications LLC.
PO Box 551041
Atlanta, GA 30355

Southern First Bank
PO Box 550687
Atlanta, GA 30355
southernfirst.com

| DATE | AMOUNT |
|---|---|

PAY
Four thousand seven hundred seventy four dollars & 36 cents*****************

7/11/2022    $**4,774.36

TO THE
ORDER
OF    HEG LLC.

MEMO   MJB Office Consulting

AUTHORIZED SIGNATURE

B• SECURITY FEATURES INCLUDED. DETAILS ON BACK  B•

---

**1323**

Howell Mill Communications LLC.
PO Box 551041
Atlanta, GA 30355

Southern First Bank
PO Box 550687
Atlanta, GA 30355
southernfirst.com

| DATE | AMOUNT |
|---|---|

PAY
Four thousand two hundred forty one dollars & 26 cents*********************

11/15/2022    $**4,241.26

TO THE
ORDER
OF    HEG LLC.

MEMO   MJB Office Consulting

AUTHORIZED SIGNATURE

B• SECURITY FEATURES INCLUDED. DETAILS ON BACK  B•

---

**1308**

Howell Mill Communications LLC.
PO Box 551041
Atlanta, GA 30355

Southern First Bank
PO Box 550687
Atlanta, GA 30355
southernfirst.com

| DATE | AMOUNT |
|---|---|

PAY
One thousand two hundred fifty dollars & no/100*****************************

9/1/2021    $**1,250.00

TO THE
ORDER
OF    Black Slate Inc.

MEMO   Michael Julian Bond 2021

AUTHORIZED SIGNATURE

B• SECURITY FEATURES INCLUDED. DETAILS ON BACK  B•

3



Georgia Rules and Regulation Rule 189.3-04(2)(a) states:

> Campaign expenditures made by a third party on behalf of a candidate or campaign committee must be itemized to identify the actual end recipient of the expenditure and shall be reported on the campaign contribution disclosure report for the time period during which the expense is incurred when the third party making the expenditure or the actual end recipient of the expenditure is under the management, direction or control of the candidate or campaign committee regarding the performance of its work.

In this instance, as Tokarz managed both Bond's Campaign Committee and Howell Mill, it appears that Bond's Campaign Committee was required to identify all expenditures made by Howell Mill on behalf of Bond. OIG did not find these payments identified on any of Bond's Campaign Committee's CCDRs.

    b.  Boone

On July 1, 2021, the Atlanta Progressive News (APN), a local news publication,[3] published an article with the headline "Bond, Boone Most Progressive On Atlanta Council, Per APN 2021 Scorecard." In the article, APN identified Bond and Boone as the first and second most progressive City Council members in Atlanta.

According to records from the Georgia Secretary of State, APN's business address is P.O. Box 92667, Atlanta, Georgia 30314. On its September 2021 CCDR, Bond's Campaign Committee reported an August 19, 2021, $1,000 expenditure to APN, PO Box 92667. OIG found no prior or subsequent expenditures to APN. Boone's Campaign Committee likewise reported payments to APN following APN's article.

On an October 4, 2021, CCDR, Boone's Campaign Committee reported the following expenditures:

---

[3] As of the date of this letter, APN no longer maintains a website, OIG does not know the current status of APN.

4

| Recepient | Address | Date | Amount | Purpose |
|---|---|---|---|---|
| Atlanta Progressive News | P O Box 92667, Atlanta, GA, 30314 | 6-Jul-21 | $300.00 | Advertising |
| Atlanta Progressive News | P O Box 92667, Atlanta, GA, 30314 | 20-Jul-21 | $400.00 | Advertising |
| Atlanta Progressive News | P O Box 92667, Atlanta, GA, 30314 | 2-Aug-21 | $350.00 | Advertising |
| Atlanta Progressive News | P O Box 92667, Atlanta, GA, 30314 | 2-Sep-21 | $300.00 | Advertising |
| Chinyere, Chinyere Okoh | 380 Martin St. SE, Unit 709, Atlanta, GA, 30312 | 23-Sep-21 | $100.00 | Administrative |

OIG review of Boone's Campaign Committee's CCDRs show no APN expenditures before July 6, 2021.[4]

In addition, OIG noticed that Boone's Campaign Committee's November 1, 2021 CCDR reported the following expenditures:

| Recepient | Address | Date | Amount | Purpose |
|---|---|---|---|---|
| Chinyere Okoh | P O Box 92667, Atlanta, GA, 30314 | 21-Sep-21 | $180.00 | Data entry |
| Atlanta Progressive News | P O Box 92667, Atlanta, GA, 30314 | 5-Oct-21 | $350.00 | Advertising |
| Chinyere Okoh | P O Box 92667, Atlanta, GA, 30314 | 8-Oct-21 | $180.00 | Data entry |

Chinyere Okoh is a former City of Atlanta employee. Okoh was first hired as an intern for the City of Atlanta Department of Watershed Management from June 2014 until she resigned in June 2015. DWM rehired Okoh in December 2015 until her employment was involuntarily terminated in April 2016. In June 2021, Okoh was rehired by the City of Atlanta to work as a call center representative for Atl311. In October 2021, Okoh's employment with the City was involuntarily terminated. Okoh's address with the City was 380 Martin Street SE, Apt. 709, Atlanta, GA 30312.

OIG discovered six invoices from January 2019 through August 2020 paid by COA to Okoh. The invoices range from $250.00 - $1,000.00. Five of the six invoices were from Boone to Okoh. Based on the recipient addresses listed in Boone's Campaign Committee's November 2021 CCDR, OIG questioned whether Boone's Campaign Committee accurately identified two payments (the payments on September 21, 2021, and October 8, 2021) as payments to Okoh, or whether the true recipient of the expenditures was APN.

Georgia Code Section 21-5-34 (b)(1)(B) requires campaign committees to identify the name and mailing address of any recipient receiving a campaign expenditure of $100.00 or more. In addition, Georgia Code Section 16-10-20.1 states that it shall be unlawful for any person to knowingly file, enter, or record any document in a public record or court of this state knowing or having to reason that such document is false or contains materially false, fictitious, or fraudulent statements/representations.

---

[4] Similarly, on Councilmember Michael Julian Bond's (the Committee to Re-Elect Michael Julian Bond) September 2021 CCDR, Bond reported an August 19, 2021, $1,000 expenditure to APN, PO Box 92667. Like Boone, OIG found no prior or subsequent expenditures to APN.

## Conclusion

Upon review, OIG has determined that this matter would be more appropriately addressed by your office. Accordingly, OIG is referring this matter to your office. If, while handling this matter, your office uncovers evidence of corrupt or criminal activity, please notify OIG. Please inform OIG of the ultimate disposition of the matter.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Shannon K. Manigault
Inspector General

6