IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERNARD TOKARZ,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, SHANNON K. MANIGAULT, individually and in her official capacity as Inspector General for City of Atlanta, and CITY OF ATLANTA OFFICE OF INSPECTOR GENERAL,<br><br>　　Defendants. | Civil Action No.<br>1:25-cv-00566-VMC |

**ORDER**

This matter is before the Court on Defendant Shannon K. Manigault's Motion for Stay of Discovery (Doc. 18). Defendant Shannon Manigault asks the Court to stay discovery until it has ruled on her pending motion to dismiss. (Doc. 18 at 1). Plaintiff Bernard Tokarz does not oppose a stay of discovery. (Doc. 20). On the other hand, Defendant City of Atlanta argues that limited discovery should be conducted on the issue of Plaintiff Bernard Tokarz's assertions concerning subpoena training. (Doc. 19).

Upon review of the arguments and positions of the parties, the Court finds that a stay of discovery is appropriate. And although Defendant City of Atlanta

would like to conduct limited discovery, the Court finds that a stay of *all* discovery is the most appropriate way to proceed at this time. Accordingly, it is

**ORDERED** that Defendant Shannon K. Manigault's Motion for Stay of Discovery (Doc. 18) is **GRANTED**. All deadlines in this case are **STAYED** until the Court rules on (1) Defendants City of Atlanta, City of Atlanta Office of Inspector General, and Shannon K. Manigault in Her Official Capacity as Inspector General for the City of Atlanta's Motion to Dismiss (Doc. 6), and (2) Defendant Shannon K. Manigault's Motion to Dismiss for Failure to State a Claim (Doc. 10). Should this case proceed, the Court will schedule a new discovery period.

**SO ORDERED**, this 10th day of July, 2025.

_____
Victoria Marie Calvert
United States District Judge

2